### APPEARANCES OF COUNSEL

*Santarpia Law*, Buffalo (*Sabatino C. Santarpia* of counsel), for appellant.

*Jeremy A. Colby, County Attorney*, Buffalo (*Brian R. Liebenow* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed, with costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (*see* CPLR 5601 [a]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

In the Matter of ANTHONY WW. and Others, Alleged to be the Children of a Mentally Ill Parent. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; MICHAEL WW., Respondent.

In the Matter of ANTHONY WW. and Others, Alleged to be the Children of a Mentally Ill Parent. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; KAREN WW., Respondent.

Submitted August 15, 2011; decided October 25, 2011

Motions for leave to appeal denied. Motions for a stay dismissed as academic.

In the Matter of WILLIAM R. BAKER, Appellant, v TIFFANY M. SPURGEON, Respondent.

Submitted August 15, 2011; decided October 25, 2011